```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22655
   MANUEL MEJIA
   CARMEN SERRANO                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4448    SSN XXX-XX-9069

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/03/2007 and was confirmed 01/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 02/18/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
CINGULAR                    UNSECURED         NOT FILED         .00           .00
CITIZENS FINANCE            NOTICE ONLY       NOT FILED         .00           .00
CINGULAR                    UNSECURED         NOT FILED         .00           .00
DUKE ENERGY/CINERGY         UNSECURED         NOT FILED         .00           .00
CITIZENS FINANCE            UNSECURED         NOT FILED         .00           .00
FUTURE FINANCE              UNSECURED          1167.27          .00           .00
INDUSTRIAL FEDERAL CU       UNSECURED         NOT FILED         .00           .00
ARNETT CLINIC LLC           UNSECURED          1311.63          .00           .00
LEXICON                     UNSECURED         NOT FILED         .00           .00
LEXICON                     UNSECURED         NOT FILED         .00           .00
WOMANS CLINIC               UNSECURED         NOT FILED         .00           .00
SBC                         UNSECURED         NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED          1429.91          .00           .00
TIPPECANOE COUNTY PUBLIC    UNSECURED         NOT FILED         .00           .00
LITTON LOAN SERVICING       CURRENT MORTG          .00          .00           .00
LITTON LOAN SERVICING       MORTGAGE ARRE     2038.85           .00        2038.85
FREMONT INVESTMENT & LOA    MORTGAGE NOTI     NOT FILED         .00           .00
KING ARTHUR CT BLD 22 CO    CURRENT MORTG          .00          .00           .00
KING ARTHUR CT BLD 22 CO    MORTGAGE ARRE      848.35           .00         848.35
LITTON LOAN SERVICING       MORTGAGE NOTI     NOT FILED         .00           .00
LITTON LOAN SERV            MORTGAGE NOTI     NOT FILED         .00           .00
LEDFORD & WU                DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN                  TRUSTEE                                          462.80
DEBTOR REFUND               REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,850.00

PRIORITY                                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 22655 MANUEL MEJIA & CARMEN SERRANO
```

```
SECURED                                                      2,887.20
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,500.00
TRUSTEE COMPENSATION                                           462.80
DEBTOR REFUND                                                     .00
                                        ----------------   ----------------
TOTALS                                         5,850.00           5,850.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```